(100 South. 314)

Ex parte STATE ex rel. Attorney General.

BUSH v. STATE.

(4 Div. 135.)

(Supreme Court of Alabama. May 29, 1924.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., and O. S. Lewis, of Dothan, for petitioner.

Lee & Tompkins, of Dothan, and James J. Mayfield, of Montgomery, opposed.

PER CURIAM. Leo Bush was convicted of an offense and appealed to the Court of Appeals; and the judgment of conviction being reversed, the state, on the relation of its Attorney General, petitions for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Bush v. State, 19 Ala. App. 650, 100 South. 307

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

See, also, ante, p. 1, 100 South. 312.